**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
December 20, 2011

Lyle W. Cayce
Clerk

No. 10-10830
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DENNIS ANTHONY KLINE,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:10-CR-195-1

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

The attorney representing Dennis Anthony Kline in his appeal from the revocation of supervised release has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738 (1967). Kline has not filed a response.

During the pendency of this appeal, Kline completed his sentence of imprisonment, and he has no further term of imprisonment or supervised release to serve. The appeal is, therefore, moot. *See Spencer v. Kemna,* 523 U.S. 1, 7,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-10830

14 (1998); *Bailey v. Southerland,* 821 F.2d 277, 278 (5th Cir. 1987). Accordingly, the appeal is dismissed, and counsel's motion to withdraw is denied as unnecessary.

APPEAL DISMISSED; MOTION DENIED.